JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LAURENE ANN GALLO          )   Case No.: CV 16-534 DSF (GJSx)
                           )
   Plaintiff,         )
                           )   JUDGMENT
  v.                        )
                           )
UNITED STATES OF AMERICA   )
                           )
   Defendant.          )
                           )
                           )
                           )
_____  )

  The Court having previously issued a Second Order to Show Cause re Dismissal for Lack of Prosecution permitting Plaintiff additional time to serve the summons and complaint and Plaintiff not having done so,

  IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing and that the action be dismissed without prejudice.

Dated: September 13, 2016

         _____
           Dale S. Fischer
          United States District Judge